UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

David L. Merchant

        v.                        Civil No. 10-cv-438-PB

Troop F, NH State Police, et al

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 16, 2010, no objection having been filed, for the reasons set forth therein. The case is hereby dismissed in its entirety.

      SO ORDERED.


January 10, 2011                                */s/ Paul Barbadoro*
                                                     Paul Barbadoro
                                                     United States District Judge


cc:    David Merchant
        PO Box 11645
        Hooksett, NH 03106